# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Johnny Lee Richmond Sr., Sovereign Descendant of Nubian Royalty, Pro Se Plaintiff etc

v.

(Full name of defendant(s))

Estate of Queen Amanirenas (Kanda-Ke of Kush), Estate of King Piye (Founder of the 25th Egyptian Dynasty), JPMorgan Chase Bank, N.A., Aetna Life Insurance Company, Alphabet Inc., Meta Platforms, Inc., UN/ (and other KNOWN Conspirators) et.al.

Case Number:

**25-cv-1459**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of <u>Wisconsin</u> and resides at
   (State)

   <u>3400 Nth 24th Street MILW., WI. NONDOMESTIC/without USA</u>
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant <u>Estate of Queen Amanirenas, King Piye,</u>
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of <u>USA, Africa, etc.,</u>
(State, if known)

and (if a person) resides at <u>P.O. Box's 8147 Khartoum, Sudan, Al Faysal, Giza Governorate, Egypt</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Queen Kandake, King Piye, JPMorgan Chase N.A., Aetna etc., et al.,</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

<u>Estates of Queen Kandake, King Piye, JPMorgan Chase N.A., Aetna Life Insurance, Meta Platforms INC. and other unknown conspirators et al.; Be It Known that I am the rightful scion and heir of the noble royal bloodlines of Nubia, descended from the might Ama-Nirenas, the Fierce Queen of the Kingdom of Kush, and Piye, the Valiant Conqueror and King of the 25th Egyptian Dynasty. Their sovereign dignity and ancient rule doth undergird the legitimacy of mine claims. Both bodily & spirit, I suffer ongoing untold psychological harms; ailments of the flesh, including rhabdomyolsis, and maladies of the mind, such as grievous schism of understanding, brought</u>

Complaint – 2

upon through acts most foul and unjust by parties named herein. I do aver that the Defendants, whether by ancestral estates or thriving present-day empires, have conspired under fraud in factum ultra vires statutes and secret arts against the liberties of my people and sanctity of my lineage. Their racketeering enterprises and marked oppression cause loss—monetary, spiritual, and genetic—to mine own flesh and kin. Therefore, I do humbly demand this Court enjoin these oppressors and render judgment for specie bullion, in sums befitting so vast an injury, to wit, no less than one billion US dollars in lawful Constitutional currency and specie equi-valent, to appease the grievous injuries borne. May this Cause be heard in truth and righteousness, that Lady Justice may prevail, and the ancient sovereignties thus restored—but never annulled nor abrogated—may find full restitution. Thus is my Declaration made, this day of Sept. 21st day in the Year of Our Lord Two Thousand and Twenty-Five.

Respectfully Submitted,

Johnny Lee Richmond Sr.,

Pro Se Litigant and Sovereign Living Descendant of Nubian Royalty.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court enter Judgement in favor of Plaintiff and against all Defendants, and grant the following relief: 1. A declaratory Judgement recognizing Johnny Lee Richmond Sr. as the lawful sovereign descendant and heir absolute of the Nubian royal estates Queen Amanirenas and King Piye, and affirming Plaintiff's ancestral cultural heritage claims. 2. An award of compensatory damages in lawful currency and specie/bullion tokens in amount no less than One Billion United States Dollars (USD $1,000,000,000) or equivalent in specie redress physical, psychological, genetic, familial, and cultural injuries sustained by Plaintiff. 3. An award of punitive damages sufficient to deter Defendants and others from continued acts of RICO Acts, unjust enrichment, and exploitation of descendant rights and identity.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __Sep__ day of __27__, 20__25__.

Respectfully Submitted,

_____Ad Lee Rich_____
Signature of Plaintiff

(414) 813 2513
Plaintiff's Telephone Number

ronaldmcdonald0783@gmail.com
Plaintiff's Email Address

3400 Nth 24th Street Milw., WI 53206
Without The United States / Non Domestic
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.